USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________No. 97-2024 UNITED STATES, Appellee, v. CUNELIO CEDENO-RELLE, Defendant, Appellant. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW HAMPSHIRE [Hon. Paul J. Barbadoro, U.S. District Judge] ____________________ Before Boudin, Circuit Judge, Coffin, Senior Circuit Judge, and Lynch, Circuit Judge. ____________________ Lazar Lowinger, J.D. on brief for appellant. Paul M. Gagnon, United States Attorney, and Peter E. Papps, FirstAssistant U.S. Attorney, on Government's Motion for Summary Dispositionfor appellee. ____________________ MARCH 31, 1998 ____________________ Per Curiam. We have carefully reviewed the record in this case, including the briefs of the parties. We find no abuse of discretion in the district court's denial of the motion for a new trial. Therefore, the denial of the motion is summarilyaffirmed. See 1st Cir. Loc. R. 27.1.